RECEIVED
IN MONROE, LA
JUL 12 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION 06-30039-01-06 |
| VERSUS | JUDGE ROBERT G. JAMES |
| S.G.H., INC. & ABDULFATTAH NASSER SALEH | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 114], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants' Motions to Suppress [Doc. Nos. 88 & 91] are DENIED.

MONROE, LOUISIANA, this 12 day of July, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE