U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 16 2009

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 06-30039 |
| | * | |
| VERSUS | * | |
| | * | |
| S.G.H., INC., | * | |
| BAYOU KING, INC. | * | |
| AHMED ALI NAGI, | * | JUDGE JAMES |
| ABDULFATTAH NASSER SALEH, and | * | |
| CONSUELO SANCHEZ | * | MAGISTRATE JUDGE HAYES |

## FINAL ORDER OF FORFEITURE

This Court entered a Preliminary Order of Forfeiture on January 9, 2009, ordering defendants, S.G.H., INC., BAYOU KING, INC., AHMED ALI NAGI, ABDULFATTAH NASSER SALEH, and CONSUELO SANCHEZ to forfeit all of their right, title and interest in $159,403 in United States currency.

The United States published notification of the Preliminary Order of Forfeiture on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 16, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1. Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property pursuant to Title 21, United States Code, Section 853.

Direct notice was served upon S.G.H., INC., BAYOU KING, INC., AHMED ALI NAGI, ABDULFATTAH NASSER SALEH, and CONSUELO SANCHEZ on January 15, 2009.

No other third party claims were filed against the property.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT: the motion for a final order of forfeiture [Doc. No 258] is GRANTED. The Preliminary Order of Forfeiture entered in the above captioned action on January 9, 2009, is final, this Court having found that the defendants, S.G.H., INC., BAYOU KING, INC., AHMED ALI NAGI, ABDULFATTAH NASSER SALEH, and CONSUELO SANCHEZ, convicted in the case had an interest in the forfeitable property under Title 18, United States Code, Section 982 and Title 21, United States Code, Section 853, and all right, title and interest to the $159,403 in United States currency are hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

The United States has clear title to all the property as set forth in Preliminary Order of Forfeiture dated January 9, 2009. The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

The Clerk is hereby directed to send copies of this Order to all counsel of record and the United States Marshal Service, 300 Fannin Street, Suite 1202, Shreveport, Louisiana 71101.

Monroe, Louisiana, this __16__ day of __March__, 2009.

_____
ROBERT G. JAMES
United States District Judge